D+f

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

SHEILA MANDEL,

                Plaintiff,

-against-

SEGUROS DE VIDA TRIPLE-S, INC., and CIGNA
GROUP INSURANCE,

                Defendants.

---------------------------------------------------------------X

05 CV 778 (ARR) (LB)

<u>NOT FOR ELECTRONIC
OR PRINT
PUBLICATION</u>

<u>OPINION AND ORDER</u>

ROSS, United States District Judge:

Defendants have moved for reconsideration of Magistrate Judge Lois Bloom's ruling of July 15, 2005. The court hereby refers that motion to Magistrate Judge Bloom.

SO ORDERED.

                                                Allyne R. Ross
                                                United States District Judge

Dated: August 18, 2005
        Brooklyn, New York

SERVICE LIST:

<div style="margin-left: 2em;">

Plaintiff *Pro Se*
Sheila Mandel
293 Whitman Drive
Brooklyn, NY 11234

Attorney for Defendant Seguros de Vida Triple-S, Inc.
Peter Alan Stroili
D'Amato & Lynch
70 Pine Street
New York, NY 10270

Meleena Marie Bowers
D'amato & Lynch
292 Madison Avenue
70 Pine Street
New York, NY 10270

Attorneys for Defendant CIGNA Group Insurance
Kevin G. Horbatiuk
Russo, Keane & Toner, LLP
26 Broadway, 28th Floor
New York, NY 10004

Lawrence E. Carnevale
Carter Ledyard & Milburn LLP
2 Wall Street
New York, NY 10005

</div>

**cc:** **Magistrate Judge Bloom**